**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
Lisa M. DeJesus,

                Plaintiff,

  -against-                                        20 **CIVIL** 6815 (KHP)

                                                                           **JUDGMENT**

Commissioner of Social Security,

                Defendant.
-----------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion dated December 8, 2021, Plaintiff's motion for judgment on the pleadings is DENIED, and Defendant's motion for judgment on the pleadings is GRANTED.

**Dated:** New York, New York

      December 8, 2021

                                                                   **RUBY J. KRAJICK**

                                                                    **Clerk of Court**

                              **BY:**                 K. Mango

                                                                    **Deputy Clerk**